# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　)
　　　　Soto　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Defendant(s)　　　　　)
_____ )

08CR 2357 - JM

CRIMINAL NO. _08MJ 2033_

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District/~~ Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:　(Bond Posted / Case Disposed / Order of Court).

Jose Francisco Aguirre-Martinez

DATED: _7/18/08_

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
　　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082