UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                             )<br>            Plaintiff,                        )<br>                                                             )<br>v.                                                       )<br>                                                             )<br>                                                             )<br>BLANCA MARICELA SOTO,        )<br>                                                             )<br>            Defendant.                    )<br>_____)   | Case No. 08cr2357-JM<br><br>ORDER GRANTING MOTION TO<br>ALLOW VISIT TO MEXICO<br>[Docket No. 25] |

Good cause appearing, IT IS HEREBY ORDERED that the request for Blanca Soto to bring her son to Tijuana Mexico for a visit with his father, is granted. Ms. Soto is to depart to Tijuana no earlier than *December 24, 2008* and is to return to the Southern District of California no later than *December 27, 2008*. Ms Soto is to check with pre-trial services before she leaves, and she is to check back in with pre-trial services upon her return. Ms. Soto is to confine her travel only to Tijuana once in Mexico. All other terms and conditions of her bond remain in effect.

DATED: December 10, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge